UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO REYES CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE,<br><br>    Defendant. | Case No. 15-cv-00651-WHO<br><br>**ORDER TO SHOW CAUSE AND FILE OPPOSITION BRIEF**<br><br>Re: Dkt. No. 11 |

    Defendant has moved to dismiss plaintiff's complaint. The hearing on that motion is currently set for June 3, 2015. Because the initial hearing on the motion and all related deadlines were vacated by court order [Dkt. No.10], and defendant re-noticed the motion on April 6, 2015 for hearing on June 3, 2015, plaintiff's opposition to the motion to dismiss was due April 20. 2015. As of today's date, plaintiff has not filed an opposition or otherwise responded to defendant's motion to dismiss.

    Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed by filing an opposition or other response to defendant's motion to dismiss on or before **May 13, 2015**. Defendant's reply, if any, is due by May 20, 2015. The motion remains set for hearing on **June 3, 2015**.

    If plaintiff does not file an opposition or other response on or before **May 13, 2015**, I may dismiss his case for failure to prosecute. Fed. R. Civ. Proc. 41(b).

    **IT IS SO ORDERED**.

Dated: April 23, 2015

WILLIAM H. ORRICK
United States District Judge