UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO REYES CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE,<br><br>    Defendant. | Case No.  15-cv-00651-WHO<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 11 |

Pro se petitioner Alejandro Reyes Cruz filed a petition for a writ of mandamus requesting that I order the Oakland Animal Shelter to vacate its decision terminating ownership of his animals. *See* Dkt. No. 1. Defendant filed a motion to dismiss on April 6, 2015 for lack of subject matter jurisdiction. Dkt. No. 11. Cruz did not respond to the motion, and on April 23, 2015 I ordered him to show cause for his failure to respond and to file an opposition brief. Dkt. No. 14. Cruz was required to do so by May 13, 2015, with the warning that his case could be dismissed for failure to prosecute. *Id.* Cruz has not filed an opposition.

This matter is suitable for resolution without oral argument under Civil Local Rule 7-1(b), and the hearing set for June 3, 2015 is VACATED. Pursuant to my April 23, 2015 Order, defendant's motion to dismiss is GRANTED without prejudice.

**IT IS SO ORDERED**.

Dated: May 28, 2015

WILLIAM H. ORRICK
United States District Judge